In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00141-CV**
_____

**NORMAN REED, Appellant**

**V.**

**DON WAYNE PERRY, Appellee**

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-198,880**

**MEMORANDUM OPINION**

The trial court signed a final judgment on January 11, 2018. Norman Reed filed a notice of appeal but failed to file a brief. On August 7, 2018, we granted an extension of time to file the brief of the appellant with the notation that it was a final extension. On September 11, 2018, we notified the parties that the brief had not been filed and that the appeal would be submitted without briefs unless we received the brief and motion for extension within ten days. On September 24, 2018, we notified

the parties that the appeal would be submitted to the Court on October 15, 2018, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on October 15, 2018
Opinion Delivered October 25, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.

2